**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Tom Maison, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEXA Mortgage, LLC, an Arizona limited liability company,<br><br>Defendant. | No. CV-23-02190-PHX-SRB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Upon consideration of the parties' *Stipulation for Extension of Time to Respond to Complaint*, and good cause appearing,

IT IS ORDERED that Defendant has through and including January 17, 2024, to file a response to Plaintiff's Complaint.

IT IS FURTHER ORDERED that no further extensions will be granted.

Dated this 13th day of December, 2023.

_____
Susan R. Bolton
United States District Judge