William F. King (Bar No. 023741)
Shayna R. Frieden (Bar No. 037841)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
bill.king@gknet.com
shayna.frieden@gknet.com

Robert H. Goodman (admitted *pro hac vice*)
PARRISH & GOODMAN, PLLC
13031 McGregor Blvd., Suite 8
Fort Myers, Florida 33919
Telephone: (813) 643-4529
Facsimile: (813) 315-6535
rgoodman@parrishgoodman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Tom Maison, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>NEXA Mortgage, LLC, an Arizona limited liability company,<br><br>Defendant. | Civil Action No.: 2:23-cv-02190-SRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Under Rule 41(a)(1)(A)(i), Plaintiff Tom Maison hereby provides notice that he is voluntarily dismissing the above-styled action, without prejudice. For purposes of Rule 41(a)(1)(A)(i), Plaintiff represents Defendant has not answered or filed a motion for summary judgment as of the date of this notice.

RESPECTFULLY SUBMITTED this 29th day of January, 2024.

GALLAGHER & KENNEDY, P.A.

By: */s/ William F. King*
    William F. King
    Shayna R. Frieden
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225

    Robert H. Goodman (admitted *pro hac vice*)
    PARRISH & GOODMAN, PLLC
    13031 McGregor Blvd., Suite 8
    Fort Myers, Florida 33919
    rgoodman@parrishgoodman.com

    *Attorneys for Plaintiff Tom Maison*

**CERTIFICATE OF SERVICE**

I certify that on this 29th day of January, 2024, a PDF copy of the foregoing was electronically transmitted to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

Brian Bergin
Anthony R. Napolitano
Bergin, Frakes, Smalley & Oberholtzer, PLLC
4343 East Camelback Road, Suite 210
Phoenix, Arizona 85018
bbergin@bfsolaw.com
anapolitano@bfsolaw.com
*Attorneys for NEXA Mortgage, LLC*

*/s/ DC Hatheway*

2

9805282v1/41943-0001